UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Uniloc 2017 LLC

    Plaintiff

    v.                                     Civil Action No. 19-11276-RGS

Akamai Technologies, Inc.

    Defendants

### ORDER OF DISMISSAL

December 12, 2019

STEARNS, D.J.

In accordance with the Court's Electronic Order [Dkt # 44] issued on December 12, 2019, it is ORDERED that the above-entitled action be, and hereby is, dismissed with prejudice.

                                                    By the Court,

                                                   /s/ Arnold Pacho
                                                   Deputy Clerk